**Appointment #  1020102**

Booking Name:    GUEDESPAGES, HENRY A
Booking Number:

To: Karen Oprea

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 12:46:01 PM
CHRISTOPHER A. PRINE
Clerk

The Fair Defense Act mandates that court appointed attorneys make contact with their clients within one working day after appointment. Within three working days after receiving notice of appointment, the attorney shall enter confirmation that contact has been made into the AMP application.

**Status of Case at Time of Appointment:**

| Booking # | Cause # | Asg Court | Set Court | Setting Date | Setting Time | Offense Desc | Ind | Dt Cause Added |
|---|---|---|---|---|---|---|---|---|
|  | C1CR14400141 | CC8 |  | N/A | N/A | ACCIDENT INVOLVING DAMAGE TO VEHICLE>=$200 | Yes | 6/8/2015 |

** CONFIRM THIS SETTING WITH THE COURT **
** If a cause does not show a setting, we will notify you of the setting date when it is entered. **
** For Court 4 cases, contact the coordinator to determine if the inmate needs to be brought from the jail.**

Booking Address:   AUSTIN,TX,78744,
Booking Phone:
Booking MNI: 1838967
Booking DOB: 2/21/1973
Booking Gender: Male
Arrest Date:

Notes: